FILED
JAN 29 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 4:20mj9 |
| vs. ) | COURT DATE: FEBURARY 12, 2020 |
| LISA L. EDWARDS-HARDING ) | |

CRIMINAL INFORMATION

CHARGE ONE

(Misdemeanor) Ticket No.8070102

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 22, 2019, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, LISA L. EDWARDS-HARDING, did intentionally or knowingly enter or remain in any restricted building or grounds without lawful authority to do so. (In violation of Title 18, Code of Federal Regulation, Section 1752)

G. ZACHARY TERWILLIGER
United States Attorney

BY: /s/
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil



## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on January 29, 2020, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, LISA L. EDWARDS-HARDING.

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil